UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. 13-55987-sms |
| | ) | |
| Zanetta Rochelle Robinson | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## WITHDRAW OF
## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC did previously file a Petition for the Payment of Unclaimed Funds (Docket #77) as assignee to Claim #4.

Following the submission of our Petition, Dilks & Knopik, LLC was provided with information that the account had been paid in full by the debtor's attorney. Upon review, with the new information provided by debtor's council, Dilks & Knopik, LLC agrees with debtor's council that the loan has been paid in full.

Dilks & Knopik, LLC has no objection to the debtor's petition for the recovery of unclaimed funds (Docket #78).

As such, Dilks & Knopik, LLC respectfully withdraws our petiition for unclaimed funds (Docket #77).

November 5, 2018

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728

Sworn to and subscribed to before
Me this 5th day of November, 2018

Andrew T. Drake, Notary Public in and for the
State of Washington
My commission expires September 9, 2019



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:              )    Case No. 13-55987-sms
                               )
    Zanetta Rochelle Robinson  )    Chapter 13
                               )
                        Debtor )

## CERTIFICATE OF SERVICE

The undersigned, Brian J. Dilks of Dilks & Knopik, LLC of 35308 SE Center Street, Snoqualmie, WA 98065 hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 5, 2018, I served a copy of the foregoing Withdraw of Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class or Electronic Mail:

United States Attorney
1800 Richard Russell Federal Building
75 Spring Street, SE
Atlanta, GA 30303

On The Grid Financial Federal Credit Union
Tracy Moyer - President
5901-A Peachtree Dunwoody Road
Suite 275
Atlanta, GA 31146

Mary Ida Townson
Case Trustee
courtdailysummary@atlch13tt.com

Zanetta Rochelle Robinson
Debtor
3481 Overland Ct
Ellenwood, GA 30294

Karen King
Attorney for Debtor
notices@kingkingllc.com

Executed: November 5, 2018

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to Georgia Power Credit Union
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728